```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    MARK F. COLEMAN,                                                    JUDGMENT
                                                                        07-CV- 3797 (JG)
                        Plaintiff,

    -against-

UNITED STATES DEPARTMENT OF
PROBATION FOR THE EASTERN DISTRICT
OF NEW YORK; TONY GAROPPOLO,
Chief U.S. Probation Officer; TREVOR REID,
Senior U.S. Probation Officer; UNITED STATES
DEPARTMENT OF PROBATION FOR THE
DISTRICT OF COLUMBIA, SOUTH CAROLINA;
CECILE N. MAKHULI-MAGEE, U.S. Probation
Officer; JAMES R. PARKS, Supervisor U.S.
Probation Officer; BROOKLYN COMMUNITY
CORRECTION CENTER; Jack A Brown,
Vice President; TYREE ACKIES, Case Manager;
MR. SYLVESTER, Investigation Specialist,

                        Defendants.
-------------------------------------------------------------------X
```



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 27 2008 ★
P.M.
TIME A.M.

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on March 14, 2008, dismissing the action without prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered dismissing the action without prejudice.

Dated: Brooklyn, New York
       March 26, 2008

S/RCH
_____
ROBERT C. HEINEMANN
Clerk of Court